IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED

'12 OCT 25 PM 12:13

THOMAS M. GOULD
CLERK, U.S. DIST. OF COURT
W/D OF TN MEMPHIS

Robert L. Jamison
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Shelby County Department
of Corrections
_____

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.  Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiffs:   N/A
                       N/A
         Defendants:   N/A
                       N/A

      2. Court (if federal court, name the district; if state court, name the county): N/A
      3. Docket Number: N/A
      4. Name of judge to whom case was assigned: N/A
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A
      6. Approximate date of filing lawsuit: N/A
      7. Approximate date of disposition: N/A

Revised 4/18/08

II. Place of Present Confinement: Shelby County Department of Corrections
    A. Is there a prisoner grievance procedure in the institution?
       Yes (✓) No ( )
    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
       Yes (✓) No ()
    C. If your answer is Yes:
       1. What steps did you take? SCDC chain of command process
       2. What was the result? Retaliating threats and Intimidation
    D. If your answer is No, explain why not: N/A

III. Parties
    (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
    A. Name of Plaintiff Robert L. Jamison
       Address 4885 Summit Ridge Dr. Memphis, TN 38128

    (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
    B. Defendant Counselor T. Payton is employed as Shelby County Department of Corrections/AOC at Adult Offenders Center - Supervisor

    C. Additional Defendants: Supervisor Boyd Williams, Counselor T. Robinson, Counselor Lamb and Counselor E. Whitaker

IV. Statement of Claim

    State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

    Stating facts and cause of action for condition of Incarceration, Retaliation Bias Hate Intimidating crime, Property Vandalism, Cruel and unusual Punishment, Deprivation of rights and privileges to Court documents and Medical care at the time that the injuries were visible. Sustained when County issued radio equipment handle by Counselor T. Robinson made excessive contact to my right ankle. While I was completely unresponsive and unable to defend myself Exhibiting a welt and bruise on my right ankle skin.

    -2-
    Revised 4/18/08

    Please find enclosed documentary evidence to shed light on my complaints and allegations.


V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Proceedings and recourse of Judgement Based on realistic Judgment, Dealing with the fact that I reported multiple incidents to Deputy Administrator Michael Howse and the state official who should be acting as protection for me was acting as an accomplice; where real injustices appear to have taken place. Therefore I am asking that the Court award me settlement Alleging Condition of Incarceration, Retaliation, Bias Hate Crime, Cruel and Unusual Punishment, for emotional distress and punitive damages of Sixty Million Dollars Claiming institutional and Conspiracy and wrongful act to keep an aggravated assault crime secret.

VI. Jury Demand
I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this **25** day of **October**, 20**12**.

*Robert L. Jamison*

_____
(Signature of Plaintiff/Plaintiffs)

