# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Western Division

**JUDGMENT IN A CIVIL CASE**

ROBERT L. JAMISON,
Plaintiff,

v.                                              Cv. No. 2:12-2937-JDT-cgc

SHELBY COUNTY, et al.,
Defendants.

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above styled matter on 9/6/13, the Court **DISMISSES** the complaint pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A. Judgment is hereby entered for the Defendants. It is **CERTIFIED**, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal in this matter by Plaintiff would not be taken in good faith and Plaintiff may not proceed on appeal *in forma pauperis*. If Plaintiff files a notice of appeal, he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* and supporting affidavit in the United States Court of Appeals for the Sixth Circuit within thirty (30) days.

**APPROVED:**

　　　　　　　　　　　　　　　　　　　　s/ **James D. Todd**
　　　　　　　　　　　　　　　　　　　　JAMES D. TODD
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**THOMAS M. GOULD**
**CLERK**

**BY: s/Cassandra Ikerd**
**DEPUTY CLERK**